TRUST CO. v. MURPHY

No. 178 PC.

Case below: 36 N.C. App. 760.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 August 1978. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 29 August 1978.


WYATT v. IMES

No. 170 PC.

Case below: 36 N.C. App. 380.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 29 August 1978.


ZAHREN v. MAYTAG CO.

No. 7 PC.

Case below: 37 N.C. App. 143.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 29 August 1978.